IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SAM CONSIGLIO,

      Plaintiff,                  No. 2:12-cv-2212 EFB P

      vs.

CALIFORNIA DEPARTMENT OF
CORRECTIONS - BOARD OF PAROLE
HEARINGS, et al.,

      Defendants.             <u>ORDER</u>

                          /

      Plaintiff is a county inmate proceeding without counsel in an action brought under 42 U.S.C. § 1983. A civil action, other than one based on diversity jurisdiction, must be brought in "(1) a judicial district where any defendant resides, if all defendants reside in the same State, (2) a judicial district in which a substantial part of the events or omissions giving rise to the claim occurred, or a substantial part of property that is the subject of the action is situated, or (3) a judicial district in which any defendant may be found, if there is no district in which the action may otherwise be brought." 28 U.S.C. § 1391(b).

      In the complaint (Dckt. No. 1), plaintiff alleges violations of his civil rights by defendant "CDCR-BPH" who is alleged to be employed as "commissioners for BPH in Sacramento, CA."

////

1  Based on the complaint and its exhibits, plaintiff's claims appear to be based on parole
2  revocation proceedings that took place in San Diego County, where plaintiff is presently
3  confined, on June 21, 2011, April 11, 2012, April 16, 2012, and June 15, 2012.  San Diego
4  County is located within the Southern District of California.  28 U.S.C. § 84(d).  While a basis
5  for venue may also exist in this District, the court finds that a transfer under § 1404(a) to the
6  Southern District of California is appropriate "[f]or the convenience of the parties and witnesses"
7  and "in the interest of justice."  28 U.S.C. § 1404(a).
8       Therefore, this action is transferred to the United States District Court for the Southern
9  District of California.  *See* 28 U.S.C. § 1404(a); *Starnes v. McGuire*, 512 F.2d 918, 932 (D.C.
10  Cir. 1974).  The court takes no action of plaintiff's other filings.  *See* Dckt. Nos. 2, 3.
11      So ordered.
12  DATED:  August 30, 2012.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE